# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ERNEST R. GIBSON, JR.,**
**# 281824,**

    *Plaintiff,*

**v.**                                **CASE NO.: 4:20cv483 -MW/MAF**

**JOHN LEE,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. Plaintiff's in forma pauperis motion, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** because Plaintiff has not demonstrated that he meets the imminent danger exception of 28 U.S.C. § 1915(g)." The Clerk is directed to enter on the docket that this case

was dismissed pursuant to § 1915(g). The Clerk shall close the file.

**SO ORDERED on November 6, 2020.**

**s/Mark E. Walker**
**Chief United States District Judge**
